District Court for the United States of America
In the District Court for Pennsylvania at Philadelphia

---

Reverend Juan-Jose`: Brookins,
Trust Protector for the Ministerial Indigenous
Nations Trust (M.I.N.T.), Standing In Propria
Persona Sui Juris Pursuant to FRCP Rule
17(E),

        Plaintiff,

-against-

GREGORY S. LEIRO, Prosecuting Attorney
for the Commonwealth of Pennsylvania
Department of State in his personal individual
capacity,

        Defendant.

Civil Case No. 23-cv-002418(JMY)

**PLAINTIFF'S AFFIDAVIT
IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FRCP RULE 55(a)(b)(1)**

November 16, 2023

---

## VERIFICATION

| Connecticut State | } |
|---|---|
| | }ss: |
| Fairfield County | } |

Plaintiff, Reverend Juan-Jose`: Brookins, hereby declares as follows:

1. I am the Plaintiff in this action.

2. This action was commenced pursuant to the Common Law tort for Defamation and Slander on June 23, 2023, and Defendant, GREGORY S. LEIRO, Esq, was duly served on August 25, 2023. (See Exhibit "A").

3. The time for the Defendant to answer or otherwise move with respect to the Plaintiff's verified Civil Complaint herein has expired.

4. Defendant, GREGORY S. LEIRO, Esq, has not filed an appearance or otherwise moved with respect to the verified Complaint, and the time for Defendant to answer or otherwise move has not been extended.

5. Therefore the Defendant is now in open and active default and that default has been notified to the Clerk of Court in the Court Record in the following manner:

- No notice of appearance on behalf of Defendants from any Attorney admitted to practice in this Court has been filed; and

- No answer to the Summons and Complaint has been filed with the Court within the required time frame under the Federal Rules of Civil Procedure (FRCP) from any of the Defendants named herein.

**WHEREFORE**, Plaintiff respectfully requests that a default judgment be entered in favor of Plaintiff and against Defendant GREGORY S. LEIRO, Esq, in accordance with FRCP Rules 55(a)(b)(1) by the Clerk of the Court.

I, Reverend Juan-Jose`: Brookins hereby declare under penalty of perjury that the foregoing is true, correct and complete to the best of my knowledge, information and belief, that the Defendant named herein is in open and active default of the Rules of the Court and a judgment of default against him is justly due to Plaintiff, and that Plaintiff is entitled to such other and further relief for the Defendant's default as the Court deems just and proper.

Dated: November 16, 2023.
Connecticut State, Fairfield County.

By: _____
Reverend Juan-Jose`: Brookins
46 Gramatan Avenue, #19
Mount Vernon, New York state [10550-9998]
Non-Domestic

Affirmed and Ascribed Before Me This
19th Day of November 16, 2023.

_____
Notary
My Commission Expires

THEAR CHHUM REYES
Notary Public, State of Connecticut
My Commission Expires March 31, 2028

EXHIBIT A

Long Island Timely Process Servers Inc.  August 23, 2023
117 Paul's Path # 204
Coram, New York 11727


United States District Court
601 Market Street
Philadelphia, Pennsylvania 19106


My name is Thomas Thompson owner of Long Island Timely Process Servers Inc., I am including additional copy to be stamped and returned by in the self address envelope. I appreciate any and all assistance with this matter.

Long Island Timely Process Servers Inc.
Thomas Thompson CEO

August 23, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-02418

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GREGORY S. LEIRO, ESQ.**
was received by me on *(date)* **July 31, 2023**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **I, Thomas Thompson mailed Summons to GREGORY S. LEIRO, ESQ July 14, 2023**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **August 22, 2023**

*Server's signature*

**Thomas Thompson (Process Server)**

*Printed name and title*

**117 Paul's Path # 204 Coram, NY 11727**

*Server's address*

Additional information regarding attempted service, etc:

It was certified mail to:
GREGORY S. LIERO, ESQ.
P.O. BOX 69521
2601 NORTH THIRD STREET
HARRISBURG, PENNSYLVANIA
17106-9521

I received signature confirmation signed by K. Nash on July 19, 2023
Signature verification of receipt attached

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

| | |
|---|---|
| Reverend Juan-Jose`; Brookins<br>*Plaintiff*<br>v.<br>Gregory S. Leiro, Esq.<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 23-cv-02418 |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

_____
Signature of Attorney
Or Unrepresented Party

_____
Print

_____
Address
_____
_____
_____

_____
Email address

_____
Telephone Number

District Court for the United States of America
In the District for Pennsylvania State at Philadelphia

---

Reverend Juan-Jose`: Brookins,
*Trust Protector for the Ministerial Indigenous Nations Trust (M.I.N.T.), Standing In Propria Persona, Sui Juris Pursuant to FRCP RULE 17(E),*

Plaintiff,

-against-

GREGORY S. LIERO, ESQ., Prosecuting Attorney for the Commonwealth of Pennsylvania Department of State in his personal, individual capacity,

Defendant.

Civil Case No.23-cv-02418(____)

**CIVIL COMPLAINT**

Jury Trial Demanded

---

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

TO: Gregroy S. Leiro, Esq.
P.O. Box 69521
2601 North Third Street
Harrisburg, Pennsylvania 17106-9521

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this Court under the Case Number shown above. A copy of the Complaint is attached.

This is not a Summons, or an Official Notice from the Court. It is a request that, to avoid expenses, you waive formal service of a Summons by signing an returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this Notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the Court. The action will then proceed as if you had been served on the date the waiver is filed, but no Summons will be served on you

1

and you will have sixty (60) days from the date this Notice is sent (See the date below) to answer the Complaint.

If you do not return the signed waiver, I will file it with the Court. The action will then proceed as if you had been served on the date the waiver is filed, but no Summons will be served on you and you will have sixty (60) days from the date of this Notice (See the date below) to answer the Complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the Summons and Complaint served on you, and I will ask the Court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below:

Date: __July 7,_____, 2023.

Respectfully submitted,

_Rev. Juan-José: Brookins_
*Signature of Plaintiff*

_____Reverend Juan-Jose': Brookins_____
Print

_____46 Gramatan Avenue, #19_____
Mailing Address

_____Mount Vernon, New York State_____

_____Near Postal Zone [10550] Non-Domestic_____

_____jawambi@yahoo.com_____
email address

_____(203) 449-8391_____
Telephone Number

2

23-cv-02418

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory S. Leird, Esq
P.O. Box 69521
2601 North Third Street
Harrisburg, Pennsylvania 17106-9521

9590 9402 8191 3030 7099 31

2. Article Number (Transfer from service label)

7022 2410 0003 0939 0268

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  K. Naik           ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUL 19 2023                       JUL 18 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 8191 3030 7099 31

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Long Island Timely Process Servers
117 Paul Path's #204
Coram, N.Y. 11727

INT
INT

U.S. POSTAGE PAID
FCM LG ENV
CORAM, NY 11727
AUG 23, 2023
$1.83
R2304M109964-4
19106
Retail
RDC 99

U.S.M.S.
X-RAY

Long Island Timely Process Servers Inc.
117 Paul's Path #207
Coram, N.Y. 11727

United States District Court
601 Market Street
Philadelphia, Pennsylvania 19106

RECEIVED
AUG 25 2023

CERTIFICATE OF SERVICE

I, Reverend Juan-Jose`: Brookins, hereby certify that on November 16, 2023, I sent a true and correct copy of the foregoing Motion for Default Judgment via first class United States Post Office mail to the following:

Gregory S. Leiro, Esq.
P.O. Box 69521
2601 North Third Street
Harrisburg, Pennsylvania 19106-9521

Ashely Mastrangelo
Clerk of Court
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Reverend Juan-Jose`: Brookins

Rev. Juan-José: Brookins
46 Gramatan Avenue, #19
Mount Vernon, New York near [10550]
Non-Domestic








Ashley Mastrangelo
Clerk of Court
James A. Byrne Courthouse
601 Market Street
Philadelphia, PA 19106-9521


