UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REVEREND JUAN-JOSE' BROOKINS**, : <br> : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> **LIERO** : <br> : <br> *Defendants* : | Case No. 23-cv-02418-JMY |

## ORDER

**AND NOW**, this 7th day of February 2024, upon consideration of Plaintiff Juan-Jose' Brookin's Motion for Default Judgment against Defendant Liero (ECF No. 6), it is hereby **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE,** to be refiled again, if desired, after Plaintiff files valid proof of service of the complaint on Defendants.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**